IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:17-CR-24-002 |
| YALANDA MILLS | |

**ORDER ON MOTION FOR REDUCTION IN SENTENCE UNDER
18 U.S.C. § 3582(c)(1)(A) – COMPASSIONATE RELEASE**

Upon motion of ✓ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant,

IT IS ORDERED that the motion is:

☐ GRANTED

    ☐ The defendant's previously imposed sentence of imprisonment of _____ is reduced to _____; or

    ☐ Time served:

        ☐ The defendant is to remain in Bureau of Prisons custody until the defendant's residence can be verified or a release plan can be developed. Additional custody shall not exceed _____ days unless extended by the Court, or

        ☐ An appropriate release plan is in place and the defendant shall be released immediately.

The imprisonment portion of the sentence shall be reduced to N/A months. All other conditions of the original Judgment shall remain in full force and effect.

## SUPERVISED RELEASE

☐ The defendant's term of supervised release is unchanged.

☐ The defendant's term of supervised release is changed from _____ to _____.

☐ The defendant's conditions of supervised release are unchanged.

☐ The defendant's conditions of supervised release are modified as follows:

_____
_____
_____
_____
_____
_____
_____

☐ DEFERRED pending supplemental briefing and/or a hearing. The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records [medical, institutional, administrative] supporting the approval or denial of this motion.

√ DENIED after complete review of the motion on the merits.

  √ FACTORS CONSIDERED (Optional)

Mills' motion asserting a fear of contracting COVID-19 fails to provide extraordinary and compelling circumstances that would warrant compassionate release. The Bureau of Prisons has procedures in place based on the CARES Act provisions and directives from the Attorney General to minimize the spread of COVID-19 in their facilities. Moreover, to the extent her motion was made pursuant to the First Step Act of 2018, Mills was not convicted of a covered offense and is therefore ineligible for First Step Act relief.

☐ DENIED WITHOUT PREJUDICE because the defendant has neither exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf; nor have 30 days lapsed since the receipt of such a request by the Warden.

So ordered this 28th day of October 2020.



_____
HONORABLE W. LOUIS SANDS
SR. U.S. DISTRICT JUDGE